BRYAN A. MERRYMAN (SBN: 134357)
bmerryman@whitecase.com
DEVON MYERS (SBN: 240031)
dmyers@whitecase.com
WHITE & CASE LLP
633 W. Fifth Street, Suite 1900
Los Angeles, CA  90071-2007
Telephone:  (213) 620-7700
Facsimile:   (213) 452-2329

Attorneys for Defendant
Comcast Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED GONZALES AND KELLY GONZALES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION, and DOES 1 through 50 Inclusive,<br><br>Defendants. | Case No. 1:10-cv-1010 LJO SKO<br><br>**STIPULATION TO EXTEND TIME TO ANSWER THE COMPLAINT FROM JULY 6, 2010 TO JULY 16, 2010; ORDER** |

1. Whereas, defendant Comcast Corporation ("Comcast") desires a brief further extension of time to respond to the Complaint;

2. Whereas, Comcast's response to the Complaint is currently due on July 6, 2010, based on the previous stipulation filed on June 7, 2010 (docket no. 4);

3. Whereas, plaintiffs Alfred Gonzales and Kelly Gonzales ("Plaintiffs") have agreed to grant Comcast an extension of 10 days to answer the Complaint;

- 1 -
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER

LOSANGELES 871487 (2K)

4.     Whereas, good cause exists for this additional time because, due to a reorganization of the California operations, Comcast has encountered unexpected difficulties in its efforts to gather sufficient facts and documents to adequately answer the complaint; and

5.     This brief extension will not affect any other deadlines in this action.

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their attorneys, that Comcast shall have to and including July 16, 2010, to file an answer to the Complaint.

Dated: July 2, 2010                           WHITE & CASE LLP

                                              By:   */s/ Bryan A. Merryman*
                                                    Bryan A. Merryman
                                              Attorneys for Defendant
                                              Comcast Corporation

Dated: July 2, 2010                           GLANCY BINKOW & GOLDBERG LLP

                                              By:   */s/ Marc L. Godino*
                                                    Marc L. Godino
                                              Attorneys for Plaintiffs
                                              Alfred Gonzales and Kelly Gonzales
                                              Authorizing Bryan Merryman to sign electronically
                                              on his behalf

**ORDER**

Upon the parties' stipulation and for good cause showing, Defendant is GRANTED an extension to and including **July 16, 2010**, to file an answer to the Complaint.

IT IS SO ORDERED.

Dated:  **July 6, 2010**                      **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE

- 2 -
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER

LOSANGELES 871487 (2K)