# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALFRED GONZALES, et al., | ) | 1:10 cv 01010 LJO SKO |
| | ) | |
| Plaintiffs, | ) | SCHEDULING ORDER |
| v. | ) | |
| COMCAST CORPORATION, | ) | |
| Defendant. | ) | |

On August 10, 2010, a scheduling conference was held. Marc Godino, Esq., appeared telephonically on behalf of Plaintiffs. Bryan Merryman, Esq., Sheldon Philp, Esq., and Jaime Bianchi, Esq., appeared telephonically on behalf of Defendants.

The court sets the following dates regarding filing deadlines for the motion for class certification:

Initial Disclosures shall be completed no later than **August 30, 2010;**

Class discovery shall be completed no later than **January 28, 2011;**

Plaintiffs shall file their motion for class certification no later than **February 28, 2011;**

Defendants shall file their opposition no later than **March 28, 2011**; and

Plaintiff shall file any reply no later than **April 18, 2011**.

A hearing on the motion for class certification will be held before the Honorable Lawrence J. O'Neill in Courtroom 4 on **May 10, 2011, at 8:30 am.**

1

1  A mid-class discovery report is due no later than **November 22, 2010.**  A status
2  conference following the ruling on the Motion for Class Certification will be held before the
3  Honorable Sheila K. Oberto on **June 7, 2011 at 9:30 am.**

5  IT IS SO ORDERED.

6  **Dated:   August 11, 2010**                             /s/ Sheila K. Oberto
                                                           UNITED STATES MAGISTRATE JUDGE