1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10
11  ALFRED GONZALES AND KELLY                    CASE NO. 1:10-cv-1010-LJO-SKO
    GONZALES,
12                                               **ORDER DENYING STIPULATED**
                     Plaintiffs,                 **REQUEST AS MOOT**
13
          v.
14
    COMCAST CORPORATION,                         (Docket No. 30)
15
                     Defendant.
16
    _____/
17

18          On February 2, 2011, the parties filed a stipulated request to complete depositions out of

19  time.  That request was filed *after* the January 28, 2011, deadline to complete discovery had expired,

20  and the parties apparently proceeded to conduct the depositions in the two days following the filing

21  of the request.  (Doc. 33, ¶ 2.)  Therefore, the request is denied as moot.

22

23  IT IS SO ORDERED.

24  **Dated:    March 4, 2011**              _____/s/ Sheila K. Oberto_____
                                             UNITED STATES MAGISTRATE JUDGE
25
26
27
28