1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| ALFRED GONZALES AND KELLY GONZALES, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>      v.<br><br>COMCAST CORPORATION, and DOES 1 through 50 Inclusive,<br><br>              Defendants. | Case No.  1:10-cv-01010-LJO-SKO<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE FOR PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND AMEND THE SCHEDULING ORDER TWO DAYS FROM MARCH 30, 2011 TO APRIL 1, 2011** |

PDF created with pdfFactory trial version www.pdffactory.com

1   This stipulation is entered into by and among Plaintiffs Alfred and Kelly

2   Gonzales ("Plaintiffs") and Defendant Comcast Corporation Inc. ("Comcast," and

3   collectively, with Plaintiffs, the "Parties"), through their respective counsel, to

4   agree to the following:

5   Whereas, Plaintiffs filed their Motion for Leave To File an Amended

6   Complaint and To Amend the Scheduling Order (the "Motion") on February 28,

7   2011 and it is set for hearing before this Court on March 30, 2011;

8   Whereas, Comcast's opposition is due to be filed on March 16, 2011 and

9   Plaintiffs' reply is due March 23, 2011;

10   Whereas, due to the press of other litigation and travel by Comcast's counsel,

11   Comcast requires a brief two day extension to finalize and prepare its opposition;

12   Whereas, this stipulation is not entered to unduly prejudice or delay

13   proceedings or for any improper purpose;

14   NOW, THEREFORE, IT IS STIPULATED, to continue the hearing date on

15   the Motion from March 30, 2011, two days to April 1, 2011, such that Comcast's

16   opposition will be due March 18, 2011 and Plaintiffs' reply will be due on March

17   25, 2011.

18

19

20   Dated:  March 15, 2011                    WHITE & CASE LLP

21

22                                             By:   */s/ Devon Myers*
                                                     Devon Myers
23
                                              633 West Fifth Street, Suite 1900
24                                            Los Angeles, CA 90071
                                              Telephone: (213) 620-7700
25                                            Facsimile: (213) 452-2329
                                              Email: dmyers@whitecase.com
26
                                              Attorneys for Defendant Comcast
27                                            Corporation

28

LOSANGELES 905964
(2K)

STIPULATION TO CONTINUE HEARING FOR MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT AND MODIFY SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: March 15, 2011                    GLANCY BINKOW & GOLDBERG LLP

By: _ */s/ Marc L. Godino*_ (as authorized on
March 15, 2011)

Lionel Z. Glancy
Marc. L. Godino
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9150
Email: info@glancylaw.com

Attorneys for Plaintiffs Alfred
Gonzales And Kelly Gonzales

ORDER

The parties' request for a continuance of the currently scheduled March 30, 2011, hearing is GRANTED IN PART.  The parties have proposed resetting the hearing to a date when the court does not hear civil law and motion matters.  Thus, the hearing on the motion is RESET to April 6, 2011, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **March 16, 2011**                    _____ **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

COMCAST'S OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT AND MODIFY SCHEDULING ORDER

LOSANGELES 905964 (2K)

PDF created with pdfFactory trial version www.pdffactory.com