1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED GONZALES AND KELLY GONZALES, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION, and DOES 1 through 50 Inclusive,<br><br>    Defendants. | Case No.  1:10-cv-01010-LJO-SKO<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO CONTINUE PLAINTIFFS' REPLY DATE FROM MARCH 25, 2011 TO MARCH 30, 2011** |

1   This stipulation is entered into by and among Plaintiffs Alfred and Kelly
2   Gonzales ("Plaintiffs") and Defendant Comcast Corporation Inc. ("Comcast," and
3   collectively, with Plaintiffs, the "Parties"), through their respective counsel, to
4   agree to the following:

5   Whereas, Plaintiffs filed their Motion for Leave To File an Amended
6   Complaint and To Amend the Scheduling Order (the "Motion") on February 28,
7   2011 and set a hearing before this Court on March 30, 2011;

8   Whereas, counsel for Plaintiffs were contacted by counsel for Comcast,
9   requesting additional time to file their opposition.  Plaintiffs did not object and,
10  therefore, the parties stipulated to a new hearing date set for April 1, 2011.  The
11  stipulation also included the opposition and reply dates based on the new hearing
12  date.  The court ordered Comcast to file its opposition on March 18, 2011, which it
13  did, ordered Plaintiffs' reply due for March 25, 2011 and set the hearing date for
14  April 6, 2011.

15  Under Local Rule 220, the deadline for the reply would be March 30, 2011.
16  We respectfully request the Court modify the current Order to allow the reply to be
17  filed, according to Local Rule 220, on or before March 30, 2011;

18  Whereas, this stipulation is not entered to unduly prejudice or delay
19  proceedings or for any improper purpose;

20  NOW, THEREFORE, IT IS STIPULATED, to continue the due date of
21  Plaintiffs' reply from March 25, 2011 to March 30, 2011.

23  Dated: March 24, 2011           GLANCY BINKOW & GOLDBERG LLP

25              By:  *s/ Marc L. Godino*
                    Marc L. Godino
26                  Lionel Z. Glancy
                    Kevin F. Ruf
27                  Jala A. Amsellem

1  
2  Coby M. Turner  
3  1801 Avenue of the Stars, Suite 311  
4  Los Angeles, CA 90067  
   Telephone: (310) 201-9150  
5  Facsimile: (310) 201-9150  
   Email: info@glancylaw.com  
6  
   Attorneys for Plaintiffs Alfred  
7  Gonzales And Kelly Gonzales  

8  Dated: March 24, 2011                WHITE & CASE LLP  
9  
10                                      By: *s/ Devon Anne Myers*  
                                        Devon Anne Myers  
11                                      Bryan Merryman  
                                        633 West Fifth Street, Suite 1900  
12                                      Los Angeles, CA 90071  
                                        Telephone: (213) 620-7700  
13                                      Facsimile: (213) 452-2329  
                                        Email: bmerryman@whitecase.com  
14  
                                        Attorneys for Defendant Comcast  
15                                      Corporation  
16  
17                             **ORDER**
18  
   The parties' stipulated request to extend Plaintiff's time to file a reply brief
19  
20 until March 30, 2011, is GRANTED.  To provide adequate time to review the
21 parties' briefs, the Court VACATES the April 6, 2011, hearing and RESETS the
22 hearing to April 20, 2011.
23  
   IT IS SO ORDERED.
24  
     Dated:  **March 24, 2011**            /s/ **Sheila K. Oberto**
25                                         UNITED STATES MAGISTRATE JUDGE
26  
27  
28