1  Kevin F. Ruf (SBN 136901)
2  Marc L. Godino (SBN 182689)
   Jala A. Amsellem (SBN 129175)
   Coby M. Turner (SBN 266298)
3  GLANCY BINKOW & GOLDBERG LLP
   1801 Avenue of the Stars, Suite 311
4  Los Angeles, CA 90067
   Telephone:     (310) 201-9150
5  Facsimile:     (310) 201-9160
   Email: info@glancylaw.com
6
7  *Attorneys for Plaintiffs*
   *Alfred Gonzales & Kelly Gonzales*

8

9              **UNITED STATES DISTRICT COURT**

10             **EASTERN DISTRICT OF CALIFORNIA**

11  ALFRED GONZALES AND KELLY          Case No. 1:10-cv-01010-LJO-SKO
12  GONZALES, Individually and on Behalf
    of All Others Similarly Situated,     **CLASS ACTION**
13
                                          **ORDER GRANTING MOTION TO**
14           Plaintiffs,                  **WITHDRAW PLAINTIFFS' CURRENT**
                                          **MOTION FOR LEAVE TO FILE**
15           v.                           **AMENDED COMPLAINT AND TO**
                                          **MODIFY THE SCHEDULING ORDER**
16  COMCAST CORPORATION, and DOES
    1 through 10 Inclusive,               Date:  April 20, 2011
17                                        Time: 9:30 a.m.
             Defendants.                  Location: Courtroom 8
18
19                                        Honorable Sheila K. Oberto
20
21
22
23
24
25
26
27
28

ORDER GRANTING MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT AND TO MODIFY THE SCHEDULING ORDER

Having considered Plaintiffs' Motion to Withdraw Plaintiffs' Current Motion for Leave to File Amended Complaint and to Modify the Scheduling Order, and all other matters presented, the Court hereby GRANTS Plaintiffs' motion and ORDERS as follows:

1.      The hearing on Plaintiffs' Amended Motion for Leave to File their First Amended Complaint and to Modify the Scheduling Order will be on May 11, 2011;

2.      Plaintiffs are to file an Amended Motion for Leave to File their First Amended Complaint and to Modify the Scheduling Order by April 4, 2011;

3.      Defendants are to file their opposition to Plaintiffs' Amended Motion for Leave to File their First Amended Complain and Modify the Scheduling Order by April 20, 2011;

4.      Plaintiffs are to file any Reply in Support of their Amended Motion for Leave to File their First Amended Complaint and to Modify the Scheduling Order by April 27, 2011; and

5.      The hearing current set for April 20, 2011, is VACATED.

IT IS SO ORDERED.

Dated:   __**March 30, 2011**__            _____**/s/ Sheila K. Oberto**_____
                                                     UNITED STATES MAGISTRATE JUDGE