# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED GONZALES, et al., | CASE NO. 1:10-cv-01010-LJO-SKO |
| Plaintiffs, | |
| v. | **MODIFIED SCHEDULING ORDER** |
| COMCAST CORPORATION, | |
| Defendant. | |

Pursuant to the Court's May 13, 2011, order granting a modification to the schedule, the parties submitted a joint report containing modified deadlines related to class certification. (Doc. 58.) The Court sets the following deadlines, as agreed upon by the parties:

1. The parties shall serve written requests for class discovery no later than **June 22, 2011**;

2. The parties shall provide responses to written requests for class discovery no later than **July 22, 2011**;

3. Defendant shall complete the depositions of Plaintiffs no later than **August 5, 2011**;

4. Plaintiffs shall file their motion for class certification no later than **August 22, 2011,** and shall set the hearing of the motion before Judge O'Neill on **November 1, 2011**;

5. Defendant shall file its opposition to Plaintiffs' motion for class certification no later than **September 23, 2011**;

6. Plaintiffs shall file any reply no later than **October 14, 2011**; and

7. The motion for class certification shall be heard before District Judge O'Neill on **November 1, 2011.**

IT IS SO ORDERED.

**Dated:   June 1, 2011**             /s/ **Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE