1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| ALFRED GONZALES AND KELLY GONZALES, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>COMCAST CORPORATION, and DOES 1 through 50 Inclusive,<br><br>            Defendants. | Case No.  1:10-cv-01010-LJO-SKO<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO TAKE THE DEPOSITION OF KELLY GONZALES NO LATER THAN AUGUST 19, 2011** |

LOSANGELES 923079 (2K)

1      This stipulation is entered into by and among Plaintiffs Alfred and Kelly

2  Gonzales ("Plaintiffs") and Defendant Comcast Corporation Inc. ("Comcast," and

3  collectively, with Plaintiffs, the "Parties"), through their respective counsel, to

4  agree to the following:

5      Whereas, on May 16, 2011, the Court ordered the Parties to submit proposed

6  deadlines for additional class discovery and dates for filing briefs related to class

7  certification after it granted Plaintiffs' motion to file an amended complaint;

8      Whereas, on June 1, 2011, the Court issued a Modified Scheduling Order that

9  provided that Comcast shall complete depositions of Plaintiffs no later than August

10  5, 2011;

11      Whereas, Comcast inquired about Kelly Gonzales' availability to be deposed

12  before August 5, 2011, and Plaintiffs' counsel responded that Kelly Gonzales is

13  unavailable from July 31, 2011, to August 9, 2011, and prefers August 12, 2011;

14      Whereas, counsel for Comcast was unavailable to take Plaintiffs' deposition

15  before July 31, 2011;

16      Whereas, Comcast's counsel may be available to depose Kelly Gonzales on

17  August 12, 2011, and is available to depose her during the week of August 15-19,

18  2011; and

19      Whereas, this stipulation is not entered to unduly prejudice or delay

20  proceedings or for any improper purpose;

21      Whereas, a two-week extension of time to complete the deposition of Kelly

22  Gonzales will not affect any of the other deadlines in this case;

23      NOW, THEREFORE, IT IS STIPULATED, to authorize Comcast to depose

24  Kelly Gonzales no later than August 19, 2011.

25

26

27

28

STIPULATION TO TAKE THE DEPOSITION OF KELLY GONZALES NO LATER THAN
AUGUST 19, 2011

1   Dated:  August 2, 2011                    WHITE & CASE LLP

2

3                                             By:   */s/ Devon Myers*_____
                                                   Devon Myers
4
                                              633 West Fifth Street, Suite 1900
5                                             Los Angeles, CA 90071
                                              Telephone: (213) 620-7700
6                                             Facsimile: (213) 452-2329
                                              Email: dmyers@whitecase.com
7
                                              Attorneys for Defendant Comcast
8                                             Corporation

9

10  Dated: August 2, 2011                     GLANCY BINKOW & GOLDBERG LLP

11

12
                                              By:   */s/ Coby Turner (as Authorized on*
13                                                  *August 2, 2011)*_____
                                                   Coby Turner
14

15                                            1801 Avenue of the Stars, Suite 311

16                                            Los Angeles, CA 90067

                                              Telephone: (310) 201-9150
17                                            Facsimile: (310) 201-9150

18                                            Email: info@glancylaw.com

19                                            Attorneys for Plaintiffs Alfred

20                                            Gonzales And Kelly Gonzales

21                              **ORDER**

22

23  IT IS SO ORDERED.

24
      Dated:   **August 4, 2011**          _____**/s/ Sheila K. Oberto**_____
25                                            UNITED STATES MAGISTRATE JUDGE

26

27

28
                      STIPULATION TO TAKE THE DEPOSITION OF KELLY GONZALES NO
                                   LATER THAN AUGUST 19, 2011
LOSANGELES 923079 (2K)