1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

14
15
16
17
18
19
20
21

ALFRED GONZALES AND KELLY GONZALES, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

COMCAST CORPORATION, and DOES 1 through 50 Inclusive,

Defendants.

Case No. 1:10-cv-01010-LJO-SKO

**CLASS ACTION**

**STIPULATION AND ORDER TO CONTINUE THE DATE FOR DEFENDANT COMCAST TO FILE ITS OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION FROM SEPTEMBER 23, 2011 TO SEPTEMBER 26, 2011**

22
23
24
25
26
27
28

1   This stipulation is entered into by and among Plaintiffs Alfred and Kelly
2   Gonzales ("Plaintiffs") and Defendant Comcast Corporation Inc. ("Comcast," and
3   collectively, with Plaintiffs, the "Parties"), through their respective counsel, to
4   agree to the following:
5   Whereas, Plaintiffs filed their Notice of Motion and Motion for Class
6   Certification, Appointment of Representative Plaintiffs and Lead Counsel (the
7   "Motion") on August 22, 2011 and it is set for hearing before this Court on
8   November 2, 2011;
9   Whereas, Comcast's opposition is due to be filed on September 23, 2011, and
10  Plaintiffs' reply is due October 14, 2011;
11  Whereas, Comcast's counsel requires a brief, one business-day extension to
12  confer with the client and to finalize its opposition;
13  Whereas, this stipulation is not entered to unduly prejudice or delay
14  proceedings or for any improper purpose;
15  NOW, THEREFORE, IT IS STIPULATED, to continue the date on which
16  Comcast must file its opposition to Plaintiffs' motion from September 23, 2011 to
17  September 26, 2011.  This stipulation will not affect the filing date for Plaintiffs'
18  reply or the date for the hearing on the Motion currently set for November 2, 2011.
19
20
21  Dated:  September 22, 2011                    WHITE & CASE LLP
22
23                                                By: __*/s/ Devon Myers*_____
                                                       Devon Myers
24
25                                                633 West Fifth Street, Suite 1900
                                                  Los Angeles, CA 90071
26                                                Telephone: (213) 620-7700
                                                  Facsimile: (213) 452-2329
27                                                Email: dmyers@whitecase.com

28                                                Attorneys for Defendant Comcast
                                                  Corporation

- 1 -

LOSANGELES 928050 (2K)

STIPULATION TO CONTINUE THE DATE FOR DEFENDANT COMCAST TO FILE
OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

1
2
3  Dated: September 22, 2011                    GLANCY BINKOW & GOLDBERG LLP
4                                               By:  _*/s/ Coby Turner*_ (as authorized
5                                                    On September 22, 2011)
                                                Kevin Ruf
6                                               Coby Turner
                                                1801 Avenue of the Stars, Suite 311
7                                               Los Angeles, CA 90067
                                                Telephone: (310) 201-9150
8                                               Facsimile: (310) 201-9150
                                                Email: info@glancylaw.com
9
10
                                                Attorneys for Plaintiffs Alfred
11                                              Gonzales And Kelly Gonzales
12
13
14  IT IS SO ORDERED.

15      Dated:  **September 23, 2011**                   **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE
16
17
...
28

LOSANGELES 928050 (2K)

- 2 -
STIPULATION TO CONTINUE THE DATE FOR DEFENDANT COMCAST TO
FILE OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION