1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

14
15
16
17
18
19
20
21

| ALFRED GONZALES AND KELLY GONZALES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMCAST CORPORATION, and DOES 1 through 50 Inclusive,<br><br>Defendants. | Case No. 1:10-cv-01010-LJO-SKO<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER TO CONTINUE THE DATE FOR DEFENDANT COMCAST TO FILE ITS OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION FROM SEPTEMBER 23, 2011 TO SEPTEMBER 26, 2011** |
|---|---|

22
23
24
25
26
27
28

1  This stipulation is entered into by and among Plaintiffs Alfred and Kelly
2  Gonzales ("Plaintiffs") and Defendant Comcast Corporation Inc. ("Comcast," and
3  collectively, with Plaintiffs, the "Parties"), through their respective counsel, to
4  agree to the following:

5  Whereas, Plaintiffs filed their Notice of Motion and Motion for Class
6  Certification, Appointment of Representative Plaintiffs and Lead Counsel (the
7  "Motion") on August 22, 2011 and it is set for hearing before this Court on
8  November 2, 2011;

9  Whereas, Comcast's opposition is due to be filed on September 23, 2011, and
10 Plaintiffs' reply is due October 14, 2011;

11 Whereas, Comcast's counsel requires a brief, one business-day extension to
12 confer with the client and to finalize its opposition;

13 Whereas, this stipulation is not entered to unduly prejudice or delay
14 proceedings or for any improper purpose;

15 NOW, THEREFORE, IT IS STIPULATED, to continue the date on which
16 Comcast must file its opposition to Plaintiffs' motion from September 23, 2011 to
17 September 26, 2011.  This stipulation will not affect the filing date for Plaintiffs'
18 reply or the date for the hearing on the Motion currently set for November 2, 2011.

21 Dated:  September 22, 2011                                              WHITE & CASE LLP

23                                                                                                 By:  */s/ Devon Myers*
                                                                                                         Devon Myers

                                                                                                 633 West Fifth Street, Suite 1900
                                                                                                 Los Angeles, CA 90071
                                                                                                 Telephone: (213) 620-7700
                                                                                                 Facsimile: (213) 452-2329
                                                                                                 Email: dmyers@whitecase.com

                                                                                                 Attorneys for Defendant Comcast
                                                                                                 Corporation

- 1 -

LOSANGELES 928050 (2K)     STIPULATION TO CONTINUE THE DATE FOR DEFENDANT COMCAST TO FILE
                           OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| | |
|---|---|
| Dated: September 22, 2011 | GLANCY BINKOW & GOLDBERG LLP |
| | By: _/s/ Coby Turner_ (as authorized On September 22, 2011) |
| | Kevin Ruf |
| | Coby Turner |
| | 1801 Avenue of the Stars, Suite 311 |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 201-9150 |
| | Facsimile: (310) 201-9150 |
| | Email: info@glancylaw.com |
| | Attorneys for Plaintiffs Alfred Gonzales And Kelly Gonzales |

IT IS SO ORDERED.

Dated:   **September 23, 2011**         **/s/ Sheila K. Oberto**
                                                          UNITED STATES MAGISTRATE JUDGE

- 2 -
STIPULATION TO CONTINUE THE DATE FOR DEFENDANT COMCAST TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

LOSANGELES 928050 (2K)