# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED GONZALES AND KELLY GONZALES, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>COMCAST CORPORATION, and DOES 1 through 10 Inclusive,<br><br>　　　　　　Defendants.<br>_____ / | CASE NO. 1: 10-cv-01010-BAM<br><br>ORDER DISMISSING ACTION |

　　　Pursuant to Notice of Voluntary Dismissal filed on August 1, 2012, by Plaintiffs, Alfred and Kelly Gonzales, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. The Clerk of the Court is directed to close this case.

　　　IT IS SO ORDERED.

　　　Dated:　**August 2, 2012**　　　　　　　　　/s/ **Barbara A. McAuliffe**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE